

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00040-CV

| | | |
|---|---|---|
| Kingman Holdings, LLC, and Mark DiSanti, Individually and as Governing Person of Kingman Holdings, LLC | § | From the 431st District Court |
| | § | of Denton County (2012-71283-431) |
| | § | |
| v. | | |
| | § | October 2, 2014 |
| Wells Fargo Bank, N.A. | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Kingman Holdings, LLC and Mark DiSanti, Individually and as Governing Person of Kingman Holdings, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Sue Walker_____
      Justice Sue Walker